IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:12cr49-RH/CAS

SHONNIE DANIELS,

    Defendant.

_____/

ORDER MODIFYING THE RECOMMENDATION
FOR DESIGNATING AN INSTITUTION
FOR SERVICE OF THE SENTENCE

    The defendant Shonnie Daniels pleaded guilty and is serving a 30-month sentence in the Bureau of Prisons. The judgment included a recommendation to the Bureau of Prisons that Ms. Daniels be designated to an institution as near as possible to Tallahassee. She has moved to modify the judgment to recommend a different geographic location and to add a recommendation for pre-release placement in a residential reentry center under the Second Chance Act of 2007. The government does not oppose the motion.

    A district court may change its recommendations to the Bureau of Prisons without amending a judgment. And amending a judgment may have undesirable

collateral consequences. This order does not amend the judgment. The order does, however, change the geographic recommendation. The order makes no recommendation about Second Chance placement; that is an issue for the Bureau of Prisons in the first instance based partly on information not available to the court.

For these reasons,

IT IS ORDERED:

1. Ms. Daniels's motion, ECF No. 56, to modify the judgment is GRANTED IN PART.

2. The judgment is not amended. But the court recommends to the Bureau of Prisons that Ms. Daniels be designated to a facility as near as possible to Atlanta, Georgia.

3. The court makes no recommendation to the Bureau of Prisons one way or the other on the subject of Second Chance placement.

SO ORDERED on March 5, 2014.

                              s/Robert L. Hinkle
                              United States District Judge